5/18/2004 10:57 AM FROM: CAG 800-538-5299 Civil Action Group TO: 81 (401) 954-9991 PAGES 001 OF 002

Brown Investment, Inc., et. al., Plaintiff(s)
vs.
C-Nine Seven, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

# AFFIDAVIT OF SERVICE -- Individual

JACK MIKELS & ASSOCIATES
Ms. Evelyn Amrhein
1 Batterymarch Park, Suite 309
Quincy, MA 02269

Service of Process on:
--Vincenzo Ciummo
Court Case No. 04-10702 RWZ

State of: Rhode Island ) ss.
County of: Providence )

**Name of Server:** EDWIN J Semper Jr, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the 12 day of MAY, 2004, at 230 o'clock PM

**Place of Service:** at 1060 Oaklawn Avenue, in Cranston, RI

**Documents Served:** the undersigned served the documents described as:
Summons; Verified Complaint; Civil Cover Sheet; Category Sheet; AO 120 Form; Affidavit of Robert P. Bowen; Affidavit of Richard J. Bowen

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Vincenzo Ciummo

**Person Served, and Method of Service:**
- [x] By personally delivering them into the hands of the person to be served.
- [ ] By delivering them into the hands of ______________, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is ______________

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Grey; Facial Hair NONE
Approx. Age 62; Approx. Height 5'10; Approx. Weight 230
- [x] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 12 day of May, 2004

Edwin J Semper Jr — Signature of Server
5-12-04 — (Date)
Merlene Snyder — Notary Public
7/4/05 — (Commission Expires)

**APS International, Ltd.**
APS File #: 065889-0001

# UNITED STATES DISTRICT COURT

District of Massachusetts

Bowen Investment, Inc. and Honey Dew Associates, Inc.

**SUMMONS IN A CIVIL CASE**

V.

C-Nine Seven, Inc., Vincenzo Ciummo and Sharon Ciummo

CASE NUMBER: 04 10702 RWZ

TO: (Name and address of Defendant)
Vincenzo Ciummo
1060 Oaklawn Avenue
Cranton, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jack J. Mikels
Jack Mikels & Associates
1 Batterymarch Park, Suite 309
Quincy, MA 02169-7454
Tel: 617.472.5600

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

TONY ANASTAS
CLERK

APR 7 2004
DATE

Matthew A. Paine
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 5-12-04 730pm |
|---|---|
| NAME OF SERVER (PRINT) Edwin J Semper Jr | TITLE Federal Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the ~~third-party~~ defendant. Place where served: 1060 Oaklawn Ave Cranston RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 40 | TOTAL $40 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-12-04
Date

Edwin J Semper Jr
*Signature of Server*

29 Matthew Dr
Johnston RI 02919
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.