Brown Investment, Inc., et. al., Plaintiff(s)
vs.
C-Nine Seven, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--C-Nine Seven, Inc.
Court Case No. 04-10702 RWZ

JACK MIKELS & ASSOCIATES
Ms. Evelyn Amrhein
1 Batterymarch Park, Suite 309
Quincy, MA 02269

State of: Rhode Island ) ss.
County of: Providence )

Name of Server: Edwin J Semper Jr, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on the 12 day of MAY, 2004, at 7 30 o'clock P M

Place of Service: at 1060 Oaklawn Avenue, in Cranston, RI

Documents Served: the undersigned served the documents described as:
Summons; Verified Complaint; Civil Cover Sheet; Category Sheet; AO 120 Form;
Affidavit of Robert P. Bowen; Affidavit of Richard J. Bowen

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
C-Nine Seven, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Vincenzo Ciummo (Owner)

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Gry; Facial Hair None
Approx. Age 62; Approx. Height 5'11"; Approx. Weight 230

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Edwin Semper_  5-12-04
Signature of Server    (Date)

Subscribed and sworn to before me this 12 day of MAY, 2004
_Marlene Semper_  7/4/05
Notary Public    (Commission Expires)

**APS International, Ltd.**
APS File #: 065889-0001

# UNITED STATES DISTRICT COURT

District of Massachusetts

Bowen Investment, Inc. and Honey Dew Associates, Inc.

**SUMMONS IN A CIVIL CASE**

V.

C-Nine Seven, Inc., Vincenzo Ciummo and
Sharon Ciummo

CASE NUMBER: **04-10702 RWZ**

TO: (Name and address of Defendant)

C-Nine Seven, Inc., 355 Broad Street, Central Falls, Rhode Island

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jack J. Mikels
Jack Mikels & Associates
1 Batterymarch Park, Suite 309
Quincy, MA 02169-7454
Tel: 617.472.5600

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

_Matthew A. Paine_ (signature)

(By) DEPUTY CLERK

DATE: APR 7 2004

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-12-04  730pm |
| NAME OF SERVER (PRINT) Edwin J Semper JR | TITLE Federal Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served C-Nine Seven Inc By Serving Vincenzo Ciummo, President At 1060 Oaklawn Ave Cranston RI

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 40 | TOTAL $40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-12-04
Date

Signature of Server: Edwin J Semper Jr

Address of Server: 29 Mathew Drive
Johnston RI 02919

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.