UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bowen Investment, Inc. and Honey Dew Associates, Inc., Plaintiffs,
v.
C-Nine Seven, Inc., Vincent Ciummo and Sharon Ciummo, Defendants

CIVIL ACTION No. 04-10702-RWZ

**NOTICE OF PRIOR ACTION PENDING IN THIS COURT AND MOTION TO REASSIGN AND TRANSFER (L.R. 40.1(E))**

Now come the Defendants C-Nine Seven, Inc., Vincent Ciummo and Sharon Ciummo in the above action and say that there is a prior action pending between these parties in this Court, to wit: B & M Donuts, Inc. et al. v. Honey Dew Associates, Inc. et al., Docket Number 03-10965-RCL. In support of this NOTICE/MOTION to the Court, Defendants say:

1) Defendant C-Nine Seven, Inc. is a named plaintiff in #03-10965-RCL, which is asserted as a class action against Honey Dew Associates, Inc. and Bowen Investments, Inc., the same parties who are the plaintiffs in this action.

2) That this action was prefaced by a demand from Honey Dew Associates, Inc. and Bowen Investments, Inc. that C-Nine Seven, Inc. withdraw from participation in the class action as a prerequisite for "curing" the alleged defaults underlying the claims in this case (See "Reinstatement Agreement" attached as Exhibit "A" and Plaintiffs' Motion for Declaratory Judgment and for Injunctive Relieve and Request for Oral Argument filed in the companion case, a copy of which is attached hereto as Exhibit "B").

3) That the filing form submitted by the Plaintiffs in this action (a copy of which is attached as Exhibit "C") fails to disclose the existence of the prior action between the parties in violation of L.R. 40.1(E)(2).

4) That the same counsel represents Honey Dew Associates, Inc. in #03-10965-

RCL as in the present case.

WHEREFORE, Defendants respectfully request that this Court:

1) In accordance with the discretionary power granted to this Court pursuant to L.R. 40.1(E) transfer this matter to the Honorable Reginald C. Lindsay who is presiding over the pending matter between these same parties; and

2) Order such other and further relief as the court deems just and proper.

## RULE 7.1 CERTIFICATION

To the extent required, I, Lawrence R. Mehl, co-counsel for the defendants, do hereby certify pursuant to L.R. 7.1 that, prior to filing of this Motion, I conferred with Janell E. De Gennaro, counsel for the plaintiffs, in an effort to resolve or narrow the issues raised by this Notice/Motion.

Lawrence R. Mehl

Defendants,
By their attorney,

Lawrence R. Mehl
(BBO# 566235)
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston MA 02109
(617) 523-0777

Defendants,
By their attorney,

William E. Gens
(BBO# 556595)
1 Devonshire Place, Suite 1602
Boston MA 02109
(617) 367-0760

## CERTIFICATE OF SERVICE

I, Lawrence R. Mehl, certify that on this date I served a true copy of the foregoing to counsel for all parties by U.S. Mail to counsel for the plaintiff, Janell E. De Gennaro, Esq. Jack Mikels and Associates, 1 Batterymarch Park, Suite 309, Quincy MA 02269-7454.

Lawrence R. Mehl

DATED: June 2, 2004