UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 04-10702-RWZ

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.
                    Plaintiffs,

v.

C-NINE SEVEN, INC.,
VINCENZO CIUMMO AND
SHARON CIUMMO,
                    Defendants.

## PLAINTIFFS' REPLY TO DEFENDANTS' COUNTERCLAIMS

1.  The Plaintiffs do not contest the Court's basis of jurisdiction.

2.  The Plaintiffs admit the truth of the allegations contained in paragraph two of the Defendants' counterclaims.

3.  The Plaintiffs admit the truth of the allegations contained in paragraph three of the Defendants' counterclaims.

4.  The Plaintiffs admit the truth of the allegations contained in paragraph four of the Defendants' counterclaims.

5.  The Plaintiffs admit the truth of the allegations contained in paragraph five of Defendants' counterclaims.

6.  The Plaintiffs admit that BII has been engaged in the trade of subfranchising donut and coffee shop and the Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph six of the Defendants' counterclaims.

## COUNT I
### Breach of Contract

7. The Plaintiffs incorporate herein Paragraphs 1 through 6 of this Reply, *supra*, as if set forth in full *verbatim*.

8. The Plaintiffs admit the truth of the allegations contained in paragraph eight of Defendants' counterclaims.

9. The Plaintiffs deny the truth of the allegations contained in paragraph nine of Defendants' counterclaims.

10. The Plaintiffs deny that BII breached the contract, and are without knowledge or belief sufficient to form a belief as to the truth of the allegations contained in paragraph ten of Defendants' counterclaims.

## COUNT II
### Breach of Warranty of Good Faith and Fair Dealing

11. The Plaintiff incorporates herein Paragraphs 1 through 10 of this Reply, *supra*, as if set forth in full *verbatim*.

12. The Plaintiffs deny the truth of the allegations contained in paragraph twelve of Defendants' counterclaims.

13. The Plaintiffs deny that BII breached the warranty of good faith and fair dealing, and are without knowledge or belief sufficient to form a belief as to the truth of the allegations contained in paragraph thirteen of Defendants' counterclaims.

## COUNT III
### Violation of G.L. c. 93A
### Unfair and Deceptive Trade Practices

14. The Plaintiffs incorporate herein Paragraphs 1 through 13 of this Reply, *supra*, as if set forth in full *verbatim*.

15. The Plaintiffs admit the truth of the allegations contained in paragraph fifteen of the Defendants' counterclaims.

16. The Plaintiffs deny the truth of the allegations contained in paragraph sixteen of the Defendants' counterclaims.

17. The Plaintiffs deny the truth of the allegations contained in paragraph seventeen of the Defendants' counterclaims.

18. The Plaintiffs generally are without knowledge or information sufficient to form a belief of the truth of the allegations contained in paragraph eighteen of the Defendants' counterclaims.

19. The Plaintiffs are without knowledge or information sufficient to form a belief of the truth of the allegations contained in paragraph nineteen of the Defendants' counterclaims.

## AFFIRMATIVE DEFENSES

First Affirmative Defense

Certain claims are barred by the Defendants because the actions did not occur substantially in Massachusetts.

Second Affirmative Defense

Certain of the claims of the Defendants are barred because they seek enforcement of purported, implied covenants which contradict express contractual agreements.

Third Affirmative Defense

The claims of the Defendants are barred by estoppel.

Fourth Affirmative Defense

The claims of the Defendants are barred by waiver.

                                    Respectfully submitted,

                                    BOWEN INVESTMENT, INC.,
                                    HONEY DEW ASSOCIATES, INC.,
                                    By its Attorneys,

Date: June 15, 2004                */s/ Janell E. DeGennaro*
                                    Jack J. Mikels, BBO# 345560
                                    Michael A. Wirtz, BBO# 636587
                                    Janell E. De Gennaro, BBO #656306
                                    JACK MIKELS & ASSOCIATES
                                    1 Batterymarch Park, Suite 309
                                    Quincy, MA 02169
                                    Tel: 617.472.5600

F:\aa-mik\BII\lit\cnineseven\Response