UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10702-RWZ

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES,
INC.
          Plaintiffs,

v.

C-NINE SEVEN, INC.,
VINCENZO CIUMMO AND
SHARON CIUMMO,
          Defendants.

## CERTIFICATE OF SERVICE

I, Janell E. De Gennaro, hereby certify that a true and complete photocopy of <u>Plaintiffs' Resply To Defendants' Counterclaims</u> and <u>Plaintiffs' Response To Notice of Prior Action Pending In This Court and Opposition To Motion To Reassign and Transfer</u> was served this day via first class mail, postage prepaid, upon counsel for defendants, Lawrence Mehl, Esq., John N. Lewis & Associates, 21 Merchants Row, 5th Floor, Boston, Massachusetts, 02109.

Signed under the pains and penalties of perjury this 15th day of June, 2004.

                                                  /s/ Janell E. De Gennaro
                                                  Janell E. De Gennaro

F:aa-mik\bii\lit\ciummo\CertService