# JOHN N. LEWIS & ASSOCIATES
## ATTORNEYS AT LAW
21 MERCHANTS ROW, 5TH FLOOR
BOSTON, MASSACHUSETTS 02109
Tel: (617) 523-0777
Fax: (617) 523-1755
e-mail: jlewis4284@aol.com



July 23, 2004

Ms. Lisa Urso
Courtroom Clerk
US District Court for the
District of Massachusetts
One Courthouse Way
Boston, MA 02110

Re:   Bowen Investment, Inc. and Honey Dew Associates, Inc. v. C-Nine Seven, Inc.,
      Vincenzo Ciummo and Sharon Ciummo, CA NO. 04-10702 RWZ

Dear Ms. Urso:

  In connection with the hearing before the Honorable Rya W. Zobel on June 29, 2004 on the Defendants' Motion to Reassign and Transfer (L.R.40.1(E)), this is to advise the Court that The Honorable Reginald C. Lindsay denied the Plaintiff's Motion for Declaratory Judgment and For Injunctive Relief in the related action (CA No. 03-10965 RCL) which would appear to moot the issues raised in the Defendants' Motion to Reassign and Transfer in this matter. Please bring this to the Court's attention.

Yours very truly,

Lawrence R. Mehl

cc: Jack J. Mikels