# JACK MIKELS & ASSOCIATES, LLP

**1 BATTERYMARCH PARK • SUITE 309 • QUINCY, MASSACHUSETTS 02169-7454**
*Telephone: 617.472.5600 • Telecopier: 617.472.5875 • E-Mail: jmikels@gis.net*

JACK J. MIKELS
MICHAEL A. WIRTZ
ROCHELLE NELSON MIKELS
JANELL E. DE GENNARO
*ATTORNEYS AT LAW*

March 17, 2005

*VIA U.S. MAIL*

Attn: Jay Johnson, Docket Clerk
     Rya W. Zobel, District Judge

U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

*Re: Bowen Investment, Inc., et al. v. C-Nine Seven, Inc., et al.*
    *U.S. Dist. Ct. Civil Action No. 04-10702-RWZ*

Dear Mr. Johnson:

Pursuant to your request, I am sending this letter, on behalf of the plaintiffs, Bowen Investment, Inc. and Honey Dew Associates, Inc. (the "Plaintiffs"), to request that a status conference and/or scheduling conference be held in the near future in the above-referenced case. On or about June 29, 2004, the defendants filed a motion to reassign and transfer this case to Judge Lindsay (the "Motion"), however, on January 20, 2005, Judge Zobel denied said Motion as moot. No other action has been taken in this case, and thus, the Plaintiff hereby requests that a status conference and/or scheduling conference be held at the Court's earliest convenience.

Please contact me if you have any questions.

Very truly yours,

Janell E. De Gennaro

cc: Lawrence R. Mehl, Esq., *Via facsimile*
    William E. Gens., Esq., *Via facsimile*

F:ev/jan05/031705