**JOHN N. LEWIS & ASSOCIATES**
ATTORNEYS AT LAW
21 MERCHANTS ROW, 5th FLOOR
BOSTON, MASSACHUSETTS 02109
TELEPHONE (617) 523-0777
FACSIMILE (617) 523-1755

April 20, 2005

Ms. Lisa Urso
Courtroom Clerk
US District Court
For the District of Massachusetts
John Joseph Moakley US Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Bowen Investment, Inc., et al v. C-Nine Seven, Inc., et al.
 Civil Action No. 04-10702-RWZ

Dear Ms. Urso:

 In connection with the status conference held last week, please advise the Court that the parties were unable to reach a settlement.

Yours very truly,

Lawrence R. Mehl

cc: Jack J. Mikels