UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HONEY DEW ASSOCIATES, INC. AND BOWEN INVESTMENT, INC., Plaintiffs )<br><br>v. )<br><br>C-NINE SEVEN, INC., VINCENZO CIUMMO AND SHARON CIUMMO, Defendants ) | CIVIL ACTION NO. 04-10702-RWZ |

## AUTOMATIC REQUIRED DISCLOSURES OF DEFENDANTS

The above named Defendants hereby make the following initial disclosures pursuant to Fed.R.Civ.P.26.

A. <u>Disclosures pursuant to Rule 26(a)(1)(A)</u>

The following persons are likely to have relevant discoverable information regarding the defenses to the claims made by the Plaintiffs:

1. Vincenzo Ciummo, 1060 Oaklawn Avenue, Cranston, RI.

2. Sharon Ciummo, 1060 Oaklawn Avenue, Cranston, RI

3. Michael Dutra, 8 Queen of Roses Lane, Uxbridge, MA has information concerning the Agreement Regarding Transfer of Honey Dew Donut Franchise and Addendum to Franchise Agreement and the Lease with Defendant C-Nine Seven, Inc..

4. Richard J. Bowen, 2 Taunton Street, Plainville, MA should has information about all allegations made in the Complaint applicable to Plaintiff Honey Dew Associates, Inc. and certain allegations applicable to Plaintiff Bowen Investment, Inc.

5. Robert P. Bowen 1215 Reservoir Road, Cranston, RI should have information about all allegations made in the Complaint applicable to Bowen Investment, Inc.

6. Frank Wrightington, 3 Daniel Drive, North Easton, MA has information concerning the recent inspection reports of the store formerly owned and operated by the Defendant C-Nine Seven, Inc.

7. Jack J. Mikels, 3 Mainstone Road, Wayland, MA has information concerning the Offering Circular, Franchise Agreement, Liability Agreement and Agreement Regarding Transfer of Honey Dew Donut Franchise and Addendum to Franchise Agreement prepared, negotiated and delivered to one or more of the Defendants, the Reinstatement Agreement he prepared and delivered to the Defendants, the transcript of his statements before Judge Zobel on June 29, 2004, Notices of Default and Termination Notice.

B. <u>Disclosures pursuant to Rule 26(a)(1)(B).</u>

The following documents are in the possession, custody or control of the Defendants:

1. Franchise Agreement between Bowen Investment, Inc. and C-Nine Seven, Inc. dated January 11, 1999

2. Agreement Regarding Transfer of Honey Dew Donut Franchise and Addendum to Franchise Agreement

3. Transcript of Hearing of June 29, 2004 before Judge Zobel

4. Lease for 355 Broad Street, Central Falls, RI dated January, 1999

5. Liability Agreement of Vincenzo Ciummo and Sharon Ciummo

6. Correspondence to and from Sharon Ciummo and Vincenzo Ciummo

7. Photographs of Vinny's Donuts store

8. Draft Reinstatement Agreement with a Facsimile Transmission Date of April 12, 2004 from Jack Mikels & Associates

9. Third Amended Complaint in Civil Action No. 03-10965-RCL currently pending in The United States District Court for the District of Massachusetts

10. Various Inspection Reports performed and prepared by Plaintiff

11. Notices of Termination

12. Notices of Default

C. <u>Damage Computation pursuant to Rule 26(a)(1)(C)</u>

Although the damages have not been finitely quantified at this time, Defendants seek in their counterclaim their lost investment approximating $50,000.00, loss of anticipated profits of $25,000 per year (for two years) and loss of compensation of $16,000.00 per year (for two years), aggregating $107,000. Defendants also seek punitive damages and reasonable attorney's fees and costs of defending this action and prosecuting their counterclaims against the Plaintiffs.

D. <u>Disclosure requirements pursuant to Rule 26(a)(1)(D) are not applicable.</u>

The Defendants
By their attorneys

William E. Gens (BBO #556595)          John N. Lewis (BBO #298520)
1 Devonshire Place, Suite 1602         Lawrence R. Mehl (BBO #566235)
Boston, MA 02109                       JOHN N. LEWIS & ASSOCIATES
(617) 367-0760                         21 Merchants Row, 5th Floor
                                       Boston, MA 02109
                                       (617) 523-0777

**CERTIFICATE OF SERVICE**

I, Lawrence R. Mehl, certify that on this date, I mailed a true copy of the foregoing to Janell E. DeGennaro, Esq., counsel to the Plaintiffs at Jack Mikels & Associates LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02169.

_____
Lawrence R. Mehl            July 8, 2005