UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 04-10702-RWZ

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.
                    Plaintiffs,

v.

C-NINE SEVEN, INC., VINCENZO
CIUMMO AND SHARON CIUMMO,
                    Defendants.

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that, Janell E. De Gennaro of Jack Mikels & Associates, LLP, on behalf of Bowen Investment, Inc. and Honey Dew Associates, Inc., hereby appears in the above-captioned case and requests that notices of all matters in the case be served upon her at the address set forth below.

Request is also hereby made for service of copies of all papers, including, but not limited to orders, reports, pleadings, motions, applications, or petition requests, disclosure statements, answering and reply papers, and notice of hearings or other proceedings, whether formal or informal, whether written or oral and whether transmitted by mail, delivery, telephone, telecopier, telegraph, telex or otherwise, relating to any issue which may be raised in the above captioned case.

Bowen Investment, Inc.,
Honey Dew Associates, Inc.,
By their Attorneys,

/s/ Janell E. De Gennaro
_____
Jack J. Mikels, BBO# 345560
Michael A. Wirtz, BBO# 636587
Janell De Gennaro, BBO# 656306
JACK MIKELS & ASSOCIATES, LLP
1 Batterymarch Park, Suite 309
Quincy, MA  02169-7454
Tel:  617.472.5600

f/amik/BII/Lit/C97/Appearance

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 04-10702-RWZ

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.
                    Plaintiffs,

v.

C-NINE SEVEN, INC., VINCENZO
CIUMMO AND SHARON CIUMMO,
                    Defendants.

CERTIFICATE OF SERVICE

I, Janell E. De Gennaro, hereby certify that a true copy of served a true copy of

the Notice of Appearance and Request for Notices on behalf of Bowen Investment, Inc.

and Honey Dew Associates, Inc. was served upon the following via electronic mail

Lawrence R. Mehl, Esq.
John N. Lewis, Esq.
John N. Lewis & Associates
21 Merchants Row, 5th Floor
Boston, MA 02109

and upon the following via first-class mail, postage prepaid:

William E. Gens, Esq.
One Devonshire Place, Suite 1602
Boston, MA 02109

Signed under the pains and penalties of perjury this 30th day of August, 2005.

/s/ Janell E. De Gennaro
_____
Janell E. De Gennaro

F:aa-mik\BII\C97\Appearance