scheduled to take place on October 25, 2005 and the documents requested from C-Nine Seven are to be provided in advance of the deposition.

                            Respectfully submitted,

                            The Parties,
                            By Their Attorneys

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| Jack J. Mikels | John N. Lewis |
| BBO# 345560 | BBO# 298520 |
| Michael A. Wirtz | Lawrence R. Mehl |
| BBO# 636587 | BBO# 566235 |
| Janell E. De Gennaro | JOHN N. LEWIS & ASSOCIATES |
| BB0# 656306 | 21 Merchants Row, 5th Floor |
| JACK MIKELS & ASSOCIATES | Boston, MA 02109 |
| Batterymarch Park, Suite 309 | (617) 523-0777 |
| Quincy, MA 02169 | |
| (671) 472-5600 | William E. Gens |
| | BBO# 556595 |
| | 1 Devonshire Place, Suite 1602 |
| | Boston, MA 02109 |
| | (617) 367-0760 |