UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 04-10702-RWZ

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.
          Plaintiffs,

v.

C-NINE SEVEN, INC., VINCENZO CIUMMO
AND SHARON CIUMMO,
          Defendants.

### PLAINTIFF BOWEN INVESTMENT, INC.'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANTS COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, the plaintiff, Bowen Investment, Inc. (the "Plaintiff") hereby moves for entry of summary judgment against the defendants, C-Nine Seven, Inc., Vincent Ciummo and Sharon Ciummo (collectively the "Defendants") on all Counts of the Defendants' Counterclaims. In support of this motion, the Plaintiff states that no genuine issue exists as to any material fact regarding the Defendants' Counterclaims claims and that, as a matter of law, the Plaintiff is entitled to judgment on all Counts. In further support therefore, the Plaintiff submits a Memorandum of Law.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant its Motion for Summary Judgment as to Defendants' Counterclaims.

Date: December 8, 2005

BOWEN INVESTMENT, INC.
By their Attorneys,

*/s/ Jack J. Mikels*

Jack J. Mikels, BBO# 345560
Michael A. Wirtz, BBO# 636587
JACK MIKELS & ASSOCIATES, LLP
1 Batterymarch Park, Suite 309
Quincy, MA 02169-7454
Tel: 617.472.5600