# CERTIFICATE OF SERVICE

I, Jack J. Mikels, hereby certify that I forwarded a copy of the documents listed below, by federal express, priority overnight mail delivery, to: Lawrence Mehl, Esq., John N. Lewis & Associates, 21 Merchants Row, 5th Floor, Boston, Massachusetts, 02109 and William E. Gens, Esq., One Devonshire Place, Suite 1602, Boston, Massachusetts, 02109.

1. Plaintiff Bowen Investment, Inc.'s Motion for Summary Judgment as to Defendants Counterclaims;

2. Plaintiff Bowen Investment Inc.'s Memorandum in Support of Its Motion for Summary Judgment as to Defendants' Counterclaims;

3. Second Affidavit of Robert P. Bowen;

4. Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1; and

5. Certificate of Service.

Signed under the pains and penalties of perjury this 8th day of December, 2005.

_____
Jack J. Mikels