UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HONEY DEW ASSOCIATES, INC. and )
BOWEN INVESTMENTS, INC., )
    Plaintiffs, )
     )
v. )   CIVIL ACTION
     )   No. 04-10702-RWZ
C-NINE SEVEN, INC., VINCENZO CIUMMO )
and SHARON CIUMMO, )
    Defendants )

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Now come the defendants in the above-captioned action and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully move this Honorable Court for Summary Judgment as to the Count I and Count II of the plaintiffs' Verified Complaint. In support of their motion, the defendants state that there is no dispute of any material fact and they are entitled to judgment as a matter of law.

WHEREFORE, the defendants move for Summary Judgment as to Counts I and II of the plaintiffs' Verified Complaint and pray that said Verified Complaint be dismissed with an award of attorneys fees and costs to the defendants.

Respectfully submitted,
The Defendants
By their attorneys,

John N. Lewis
BBO# 298520
Lawrence Mehl, of Counsel
BBO# 566235
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02019
(617) 523-0777

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing on the attorney of record for each party and/or party pro se by mail on 12/8/05
Sworn and subscribed to