UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HONEY DEW ASSOCIATES, INC. and )
BOWEN INVESTMENTS, INC., )
Plaintiffs, )
)
v. )  CIVIL ACTION
)  No. 04-10702-RWZ
C-NINE SEVEN, INC., VINCENZO CIUMMO )
and SHARON CIUMMO, )
Defendants )

FILED
IN CLERKS OFFICE
2005 DEC -8  P 4:38
US DISTRICT COURT
DISTRICT OF MASS

## AFFIDAVIT OF VINCENZO CIUMMO

Now comes Vincenzo Ciummo, who states and deposes as follows:

1. My name is Vincenzo Ciummo. I am of legal age. I reside at 1060 Oaklawn Avenue, Cranston, Rhode Island.

2. The defendant C-Nine Seven, Inc. ("C-Nine Seven") is a Rhode Island Corporation which had a principal place of business at 355 Broad Street, Central Falls, Rhode Island. During the times referenced in the Verified Complaint, I was the President of C-Nine Seven and responsible for its day to day operations.

3. On about January 11, 1999, C-Nine Seven purchased a franchise from BII to operate a Honey Dew Donuts® Shop at 355 Broad Street, Central Falls, Rhode island ("the Honey Dew shop").

4. From about January 11, 1999 to about February 17, 2004, C-Nine Seven operated the Honey Dew shop as an BII franchise.

5. On about January 6, 2004, I received a notice of default from BII, which I protested. Nevertheless, on about February 18, 2004, I received a Notice of Termination of C-Nine Seven's franchise for the Honey Dew shop, which I also protested.

6. From about February 18, 2004 through about May 12, 2004, when I received service of the Verified Complaint, C-Nine Seven operated the Honey Dew shop with the knowledge of HDA and BII, while attempting to negotiate the reinstatement of the franchise with Jack J. Mikels, counsel for both HDA and BII.

7. During the time that C-Nine Seven continued to operate the Honey Dew shop, after receiving the Notice of Termination, I purchased all of the supplies, beverages and bakery products sold at the Honey Dew shop exclusively from HDA approved vendors and exclusively sold Honey Dew Donuts® brand foods and HDA approved beverages.

2

8. After receiving the Notice of Termination and up until I closed the Honey Dew shop on about June 27, 2004, C-Nine Seven continued to operate as a Honey Dew Donuts® franchise and continued to pay a total of 9% in combined royalties and contribution to HDA's advertising fund, as required by the franchise agreement, although soon after the franchise began, BII and HDA requested that C-Nine Seven adjust its payments from 7% to BII and 2% to HDA to 5% to BII and 4% to HDA, which I did..

9. BII has received all of the royalties and HDA has received all of the contributions to its advertising fund due from C-Nine Seven under the terms of the franchise agreement during the time that C-Nine Seven operated the Honey Dew shop. An itemized statement of payments to BII and HDA is attached as Exhibit 1.

10. At no time during the negotiations to reinstate the BII franchise, up until I was served with this lawsuit, did HDA, BII or Attorney Mikels ever tell me that I had to stop operating the Honey Dew shop, even though they were aware that I was continuing to operate the franchise, because I provided BII with weekly reports of sales and sent BII and HDA their weekly payments.

11. The Honey Dew shop did not bake its own products. All of the bakery products which the Honey Dew shop sold were baked by another Honey Dew Donuts® franchise, which assured both that C- Nine Seven only sold Honey Dew bakery products and that the quality of the products was up to HDA's standards. In addition, all of the non-bakery items, such as coffee and beverages, were purchased only from HDA approved suppliers, which also assured that the quality of the products was up to HDA's standards.

12. The revenues from a neighborhood donut shop, such as the Honey Dew shop operated by C-Nine, depend on automobile and foot traffic. In good weather, when it is warm and sunny, about April through November, we do significantly more business than in bad weather, when it is cold or it is raining or snowing, about December through March. Even in the good months, revenues can vary significantly, depending on the weather. HDA and BII know this, because we and all of the other franchises give them weekly revenue reports on which the royalties and advertising fees are calculated.

SWORN AND SUBSCRIBED TO BY ME UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY OF December, 2005.

Vincenzo Ciummo