UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOWEN INVESTMENT INC. and<br>HONEY DEW ASSOCIATES, INC.,<br><br>Plaintiffs,<br>v.<br><br>C-NINE SEVEN, INC., VINCENZO<br>CIUMMO and SHARON CIUMMO,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-10702 RWZ<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE OF CO-COUNSEL FOR THE DEFENDANTS**

TO THE CLERK OF THE ABOVE NAMED-COURT:

Please enter my appearance as co-counsel for the defendants in the above captioned action.

Respectfully submitted,
The defendants,
By their attorney,

*[signature]*

John N. Lewis (BBO # 298520)
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109
(617) 523-0777

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2005, a copy of the foregoing document was served via US Mail upon counsel for the Plaintiffs, Jack J. Mikels, Jack Mikels & Associates, 1 Batterymarch Park, Suite 309, Quincy, MA 02169

*[signature]*
John N. Lewis