UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 04-10702-RWZ

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.
                    Plaintiffs,
v.

C-NINE SEVEN, INC., VINCENZO CIUMMO
AND SHARON CIUMMO,
                    Defendants.

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT AS TO THE VERIFIED COMPLAINT AND STATEMENT OF
MATERIAL FACTS IN DISPUTE

Now come the Plaintiffs and oppose Defendants' Motion for Summary Judgment
as to the Verified Complaint. Defendants assert that Plaintiffs consented to Defendants
post-termination use of the Plaintiffs trademarks, by acceptance of certain post-
termination payments, but this is disputed.

STATEMENT OF MATERIAL FACTS IN DISPUTE[1]

1.      Plaintiffs did not consent to Defendants' post-termination use of the
Honey Dew trademarks and system. Third Affidavit of Robert Bowen, at ¶8, filed
herewith.

2.      Defendants did not make all payments due through cessation of their
operations. Third Affidavit of Robert Bowen, at ¶9, filed herewith.

---

[1] Many of the facts in Defendants' Statement of Undisputed Facts are supported by citations to an
unverified pleading, Defendants' own Answer. Unverified pleadings may not be used to support a
summary judgment motion. F.R.Civ.P. 56. However, none of the specified facts are material to the
summary judgment motion.

        In its Fact #5, Defendants state that "C-Nine Seven purchased a franchise from BII . . .", citing to
paragraph 12 of the Verified Complaint. This is not correct. Paragraph 12 of the Verified Complaint states
that BII "granted" a franchise to Defendants. In fact, the franchise was purchased by Defendants from a
third party. See, Exhibit B to Verified Complaint. The distinction is also irrelevant for summary judgment
purposes.

The Plaintiffs,
By their Attorneys,

Date: January 9, 2006

/s/ Michael A. Wirtz
_____

Jack J. Mikels, BBO# 345560
Michael A. Wirtz, BBO# 636587
JACK MIKELS & ASSOCIATES, LLP
1 Batterymarch Park, Suite 309
Quincy, MA  02169-7454
Tel:  617.472.5600