```
                                    VOLUME    I
                                    PAGES     1-197
                                    EXHIBITS  1-17
```

```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


* * * * * * * * * * * * * * * *
                               *
BOWEN INVESTMENT, INC. and     *
HONEY DEW ASSOCIATES, INC.,    *
                               *
    Plaintiffs,                *
                               *
v.                             *   Civil Action
                               *   No. 04-10702-RWZ
C-NINE SEVEN, INC.,            *
VINCENZO CIUMMO, and           *
SHARON CIUMMO,                 *
                               *
    Defendants.                *
                               *
* * * * * * * * * * * * * * * *
```

Deposition of **VINCENZO CIUMMO**, taken on behalf of the Plaintiffs, pursuant to Notice under the applicable Rules of the Federal Rules of Civil Procedure, before Rochelle D. Baron, a Professional Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Jack Mikels & Associates, LLP, 1 Batterymarch Park, Quincy, Massachusetts on Tuesday, June 28, 2005, commencing at 10:40 a.m.

```
            ROCHELLE D. BARON
              6 MARCUS ROAD
         SHARON, MASSACHUSETTS 02067
              (781) 784-6542
```

```
 1      APPEARANCES:

 2              JANELL E. DE GENNARO, ESQUIRE
                MICHAEL A. WIRTZ, ESQUIRE
 3              [Jack Mikels & Associates, LLP]
                1 Batterymarch Park
 4              Quincy, Massachusetts 02169-7454
                     For the Plaintiffs.
 5
                WILLIAM E. GENS, ESQUIRE
 6              One Devonshire Place
                Boston, Massachusetts 02109
 7                   For the Defendants.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1   Q    Okay.  When did you have that
 2        conversation with Mr. Dutra?
 3   A    Prior to my closing.  I believe I
 4        moved out of the building on -- around
 5        the beginning of December of 2004.
 6   Q    Okay.  So approximately how long
 7        before you moved out of the building
 8        did you have this conversation with
 9        Mr. Dutra?
10   A    Oh, we talked about it since I took
11        all the signage from Honey Dew Donuts
12        and I started operating on my own
13        under the name of Vinny's Donuts.
14   Q    Okay.  Let me just back up a step.  In
15        terms of your communications with
16        Michael Dutra concerning the
17        termination of the lease, how many
18        conversations did you have with
19        Mr. Dutra about terminating the lease?
20   A    Maybe three or four times.
21   Q    Okay.  And did you have anything in
22        writing with respect to the
23        termination of the lease?
24   A    No.  He actually made a point that he
```

| | | |
|---|---|---|
| 1 | | operating the Honey Dew shop? |
| 2 | A | I do not remember the exact date, but |
| 3 | | it would be sometimes around the end |
| 4 | | of June. |
| 5 | Q | June of 2004? |
| 6 | A | Right. |
| 7 | Q | And then did I understand you |
| 8 | | correctly you said that after you |
| 9 | | stopped operating as a Honey Dew |
| 10 | | Donuts, you opened the business as |
| 11 | | Vinny's Donuts, is that correct? |
| 12 | A | Vinny's Donuts. |
| 13 | Q | And was that with an apostrophe S? |
| 14 | A | Yes. |
| 15 | Q | And that in terms of the owner of |
| 16 | | Vinny's Donuts, was that always C-Nine |
| 17 | | Seven? |
| 18 | A | Yes. |
| 19 | Q | And were you registered with any local |
| 20 | | town or any public official as d/b/a |
| 21 | | Vinny's Donuts? |
| 22 | A | Yes. |
| 23 | Q | And where were you registered? |
| 24 | A | Central Falls. |

```
 1   Q    And what was the first day of
 2        operation of Vinny's Donuts?
 3   A    Like I said I don't recall exact date,
 4        but it should be the end of June and
 5        the beginning of July 2004.
 6   Q    Do you know in terms of your
 7        registering as a d/b/a, did you
 8        register as a d/b/a before or after
 9        you began operating as Vinny's Donuts?
10   A    I believe after.
11   Q    Do you recall how long after?
12   A    No, I don't.
13   Q    Do you have any documentation
14        concerning the registration as a
15        d/b/a?
16   A    Not that I know of.
17   Q    Did you bring any of that
18        documentation with you here today?
19   A    I -- I don't remember.  I don't know
20        if there is any documents in there.
21        Usually, the paperwork is done by my
22        wife, and she would be more -- you
23        know, she would know more than I do.
24   Q    Okay.  In terms of the business
```

```
 1                  COMMONWEALTH OF MASSACHUSETTS

 2       Norfolk, ss.

 3               I, Rochelle D. Baron, a Shorthand
         Reporter and Notary Public duly commissioned
 4       and qualified within and for the Commonwealth
         of Massachusetts, do hereby certify that there
 5       came before me on the 28th day of June 2005, at
         10:40 a.m., the person hereinbefore named, who
 6       was duly sworn by me to testify to the truth
         and nothing but the truth of his knowledge
 7       touching and concerning the matters in
         controversy in this cause; that he was
 8       thereupon carefully examined upon his oath and
         his examination reduced to typewriting; and
 9       that the deposition is a true record of the
         testimony given by the witness, to the best of
10       my skill and ability.  I further certify that I
         am not interested in the event of the action.
11
                 IN WITNESS WHEREOF, I have hereunto
12       set my hand and affixed my notarial seal this
         25th day of July 2005.
13
                                 _____
14                                   Rochelle D. Baron

15            "Notary Public"
              Rochelle D. Baron
              Commonwealth of Massachusetts
              My Commission Expires on Jan. 12, 2012
16

17       PLEASE NOTE:

18       THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT
         DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME
19       BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL
         AND/OR DIRECTION OF THE CERTIFYING REPORTER.

20

21

22

23

24
```

```
 1    Re:  Bowen Investment, Inc., et al. v. C-Nine
           Seven, Inc., et al.
 2         USDC, District of Massachusetts Court
           Civil Action No. 04-10702-RWZ
 3         7/28/05 Deposition of Vincenzo Ciummo

 4    COMMONWEALTH OF MASSACHUSETTS

 5    COUNTY OF

 6              I, VINCENZO CIUMMO, do hereby

 7    certify that I have read the foregoing

 8    transcript of my testimony and further certify

 9    that said transcript is a true and accurate

10    record of said testimony.

11              Signed under the pains and

12    penalties of perjury this ____ day of

13    _____, 2005.

14

15

16                                  _____
17                                  Vincenzo Ciummo
```