UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 04-10702-RWZ

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.
　　　　　Plaintiffs,

v.

C-NINE SEVEN, INC., VINCENZO
CIUMMO AND SHARON CIUMMO,
　　　　　Defendants.

CERTIFICATE OF SERVICE

I, Michael A. Wirtz, hereby certify that a true and complete photocopy of the following documents listed below were served this day via first class mail, postage prepaid, upon counsel for defendants, William E. Gens, Esq., One Devonshire Place, Suite 1602, Boston, Massachusetts, 02109 and by mail and electronic means available under CM/ECF to John N. Lewis, Esq. and Lawrence Mehl, Esq., John N. Lewis & Associates, 21 Merchants Row, 5th Floor, Boston, Massachusetts, 02109 and.

Signed under the pains and penalties of perjury this 9th day of January, 2006.

/s/ Michael A. Wirtz
_____
Michael A. Wirtz

*Documents List:*

1.　Plaintiffs' Opposition to Defendants' Motion for Summary Judgment as to the Verified Complaint and Statement of Material Facts in Dispute;

2.　Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment; and

3.　Third Affidavit of Robert P. Bowen.