UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HONEY DEW ASSOCIATES, INC. and<br>BOWEN INVESTMENT, INC.,<br>    Plaintiffs<br><br>v.<br><br>C-NINE SEVEN, INC., VINCENZO CIUMMO,<br>and SHARON CIUMMO,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)   NO. 04-10702-RWZ<br>)<br>)<br>) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF BOWEN INVESTMENT, INC.'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANTS' COUNTERCLAIMS**

Now come the defendants in the above-captioned action and oppose the plaintiff Bowen Investment, Inc.'s motion for summary judgment as to their counterclaims on the ground that there is a dispute of material fact as to whether the plaintiffs' conduct occurred primarily and substantially within the Commonwealth of Massachusetts with the meaning of G.L. c. 93A, §11 and therefore it is not entitled to judgment as a matter of law, as more fully set forth in the defendants' Memorandum, filed herewith and incorporated by reference herein.

WHEREFORE, the defendants oppose the plaintiff Bowen Investment, Inc.'s motion for summary judgment and pray that said motion be denied by this Honorable Court.

Respectfully submitted,

The Defendants
By their attorneys,

John N. Lewis
BBO# 298530
Lawrence R. Mehl, of Counsel
BBO# 566235
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109
(617) 523-0777

**CERTIFICATE OF SERVICE**
I hereby certify that on this date I served a copy of the foregoing by first class mail, postage prepaid, on all counsel of record and parties pro se.
Date: 1/09/06
John N. Lewis