UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HONEY DEW ASSOCIATES, INC. and<br>BOWEN INVESTMENT, INC.,<br>Plaintiffs,<br><br>v.<br><br>C-NINE SEVEN, INC., VINCENZO CIUMMO<br>and SHARON CIUMMO,<br>Defendants | )<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)   No. 04-10702-RWZ<br>)<br>)<br>) |

## SUPPLEMENTAL AFFIDAVIT OF VINCENZO CIUMMO

Now comes Vincenzo Ciummo, who states and deposes as follows:

1. My name is Vincenzo Ciummo. I am of legal age. I reside at 1060 Oaklawn Avenue, Cranston, Rhode Island.

2. The defendant C-Nine Seven, Inc. ("C-Nine Seven") is a Rhode Island Corporation which had a principal place of business at 355 Broad Street, Central Falls, Rhode Island. During the times referenced in the Verified Complaint, I was the President of C-Nine Seven and responsible for its day to day operations.

3. Attached as Exhibit 1 is an itemized statement of all of the royalties and advertising fund contributions paid by C-Nine Seen to Honey to Honey Dew Associates (4% Advertising) and Bowen Investment, Inc. (5% Royalty) between February 7, 2004 and June 26, 2004.

4. This Affidavit supplements my previous Affidavit by providing the itemized statement referenced in, but not included with, my previous Affidavit.

SWORN AND SUBSCRIBED TO BY ME UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16th DAY OF December, 2005.

Vincenzo Ciummo

**CERTIFICATE OF SERVICE**
I hereby certify that on this date I served a copy of the foregoing by first class mail, postage prepaid, on all counsel of record and parties pro se.
Date: 1/09/06
John N. Lewis

EXHIBIT 1

# PAYMENTS MADE TO HONEY DEW ASSOCIATES, INC.
# AND
# BOWEN INVESTMENT, INC.

| Week Ending | 4% Advertising | 5% Royalty |
| --- | --- | --- |
| 2/7/04 | $151.31 | $189.14 |
| 2/14/04 | 146.00 | 182.50 |
| 2/21/04 | 146.58 | 183.22 |
| 2/28/04 | 165.97 | 207.47 |
| 3/6/04 | 172.44 | 215.55 |
| 3/13/04 | 167.80 | 209.75 |
| 3/20/04 | 167.53 | 209.41 |
| 3/27/04 | 160.08 | 200.10 |
| 4/3/04 | 173.13 | 216.41 |
| 4/10/04 | 165.05 | 206.31 |
| 4/17/04 | 162.84 | 203.55 |
| 4/24/04 | 180.80 | 226.00 |
| 5/1/04 | 178.49 | 223.12 |
| 5/8/04 | 183.00 | 228.75 |
| 5/15/04 | 178.40 | 223.01 |
| 5/22/04 | 162.10 | 202.62 |
| 5/29/04 | 157.74 | 197.17 |
| 6/5/04 | 151.24 | 189.06 |
| 6/12/04 | 164.22 | 205.28 |
| 6/19/04 | 164.98 | 206.22 |
| 6/26/04 | 158.13 | 197.67 |
| Total | $3,457.83 | $4,322.31 |