**JOHN N. LEWIS & ASSOCIATES**
**ATTORNEYS AT LAW**
**21 MERCHANTS ROW, 5TH FLOOR**
**BOSTON, MASSACHUSETTS 02109**
TELEPHONE (617) 523-0777 FACSIMILE (617) 523-1755

August 16, 2006

Ms. Lisa Urso
Courtroom Clerk
US District Court for the
District of Massachusetts
John Joseph Moakley US Courthouse
1 Courthouse Way
Boston, MA 02210

Re:     Bowen Investment, Inc., et al v. C-Nine Seven, Inc., et al
        CA No. 1:04-cv-10702

Dear Ms. Urso:

      The purpose of this letter is to advise the Court that due to scheduling difficulties, the Class Action Settlement Conference in the related case of B&M Donuts, et al v. Honey Dew Associates, Inc., et al ( Appeal No. 05-2008) has been rescheduled to September 26, 2006 from August 31, 2006 as we advised the Court at the Pretrial Conference on August 9, 2006. Therefore, on behalf of the defendants, we will appreciate the Court moving the schedule discussed last week by the same 26 days. Opposing Counsel is fully aware of this request.

      Thank you.

Yours very truly,

Lawrence R. Mehl

cc:     Michael A. Wirtz