UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOWEN INVESTMENT, INC.
    Plaintiff

V.

CIVIL ACTION:04CV10702-RWZ

C-NINE SEVEN, INC.
    Defendant

## ORDER OF DISMISSAL

ZOBEL, D.J.                                                  OCTOBER 20, 2006

The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

By the Court,

s/ Lisa A. Urso
Deputy Clerk

30day.ord