FILED
CLERKS OFFICE
2006 NOV 29 P 2:03
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10702-RWZ

BOWEN INVESTMENT, INC. and )
HONEY DEW ASSOCIATES, INC., )
    Plaintiffs )
 )
v. )
 )
C-NINE SEVEN, INC., )
VINCENZO CIUMMO AND )
SHARON CIUMMO, )
    Defendants )

### STIPULATION OF DISMISSAL

Now come the parties and stipulate that this action, including all claims and counterclaims, is hereby dismissed, with prejudice *and without costs or attorney's fees*. All rights of appeal are waived.

The Plaintiffs,
By their Attorneys

Jack J. Mikels
BBO# 345560
Michael A. Wirtz
BBO# 636587
JACK MIKELS & ASSOCIATES
1 Batterymarch Park, Suite 309
Quincy, MA 02169
(617) 472-5600

The Defendants,
By their Attorneys

John N. Lewis
BBO# 298520
Lawrence R. Mehl
BBO# 566235
JOHN N. LEWIS &
ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109
(617) 523-0777

William E. Gens
BBO# 556595
1 Devonshire Place, Suite 1602
Boston, MA 02109
(617) 367-0760

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 04-10702-RWZ

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.
                Plaintiffs,
v.

C-NINE SEVEN, INC.,
VINCENZO CIUMMO AND
SHARON CIUMMO,
                Defendants.

### CERTIFICATE OF SERVICE

I, Jack J. Mikels, hereby certify that a true and complete photocopy of the Stipulation of Dismissal was served this day via first class mail, postage prepaid, upon counsel for defendants, John N. Lewis and Lawrence R. Mehl, John N. Lewis & Associates, 21 Merchants Row, 5th Floor, Boston, Massachusetts, 02109 and William E. Gens, Esq., One Devonshire Place, Suite 1602, Boston, Massachusetts, 02109.

Signed under the pains and penalties of perjury this 28th day of November, 2006.

_____
Jack J. Mikels

faa-mik\bii\lit\Ciummo\CertService